UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 24-1966

Joshua Bacon v. Luzerne County, et al.
(M.D. Pa. No. 3:23-cv-01699)

**APPELLEES LUZERNE COUNTY, LUZERNE COUNTY CORRECTIONAL FACILITY, DEBORAH SCHLOSS, JAMIE AQUILLA, CHRISTINA OPRISHKO BEYER, DAVID WITKOWSKY, OFFICER SKIPALIS, WILLIAM SPARE, WILLIAM HALL, KHALIL LEWIS, PAUL RICHARDS, DAVID W. STEEVER, RANDAL WILLIAMS, JAMES WILBUR, SAMUEL HYDER, MARK ROCKOVICH, C. DAVID PEDRI, HEARING EXAMINER SEAN MULHORN, OFFICER HORIVNAK, OFFICER SWEET, OFFICER KANE AND KAITLYN ROMISKI'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REDUCED NUMBER OF COPIES DUE TO INDIGENT STATUS**

AND NOW, come the Appellees, Luzerne County, Luzerne County Correctional Facility, Deborah Schloss, Jamie Aquilla, Christina Oprishko Beyer, David Witkowsky, Officer Skipalis, William Spare, William Hall, Khalil Lewis, Paul Richards, David W. Steever, Randal Williams, James Wilbur, Samuel Hyder, Mark Rockovich, C. David Pedri, Hearing Examiner Sean Mulhorn, Officer Hrivnak, Officer Sweet, Officer Kane and Kaitlynn Romiski, (hereinafter

collectively referred to as "Appellees") by and through their counsel, Sean P. McDonough, Esquire, and hereby file this response to Appellant's Motion for Leave to File Reduced Number of Copies Due to Indigent Status as follows:

1. On May 23, 2024, Appellant filed a Notice of Appeal.

2. On May 30, 2024, Appellant filed a Motion for Leave to File Reduced Number of Copies Due to Indigent Status (Doc. 6).

3. Responding Appellees have no objection to Appellant's request to file a reduced number of copies in this appeal.

                Respectfully submitted:

                Dougherty, Leventhal & Price, LLP

                By: s/Sean P. McDonough
                      Sean P. McDonough, Esquire
                      PA ID# 47428
                      Attorney for Appellees
                      75 Glenmaura National Blvd.
                      Moosic, PA 18507
                      Phone (570) 347-1011
                      Fax (570) 347-7028
                      smcdonough@dlplaw.com

# CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 7th day of June, 2024, I served the foregoing *Appellees' Response to Appellant's Motion for Leave to File a Reduced Number of Copies Due to Indigent Status* upon the persons indicated below as follows:

Via first class mail, postage prepaid

Joshua Dwane Bacon
QN-6521
SCI-Chester
500 E. 4th Street
Chester, PA 19013
SPECIAL LEGAL MAIL -
OPEN ONLY IN PRESENCE OF INMATE

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Luzerne County Appellees
Attorney ID # 47428